Supreme Court

No. 2024-369-M.P.

In the Matter of Christopher L. Malcolm.   :

# O R D E R

This matter is before the Court pursuant to a petition for reciprocal discipline filed by this Court's Disciplinary Counsel in accordance with Article III, Rule 14 of the Supreme Court Rules of Disciplinary Procedure for Attorneys. The respondent, Christopher L. Malcolm, was admitted to the practice of law in this state on October 23, 2013. The respondent is also admitted to the practice of law in the Commonwealth of Massachusetts.

On November 19, 2024, a single justice of the Supreme Judicial Court for the Commonwealth of Massachusetts issued an Order of Immediate Temporary Suspension (Order) against respondent, effective immediately upon entry of said Order regarding unspecified disciplinary matters pending in the Commonwealth. The Board of Bar Overseers of the Supreme Judicial Court forwarded a copy of that Order to Disciplinary Counsel on November 22, 2024.

Article III, Rule 14(a), entitled "Reciprocal Discipline," provides, in pertinent part: "Upon notification from any source that a lawyer within the jurisdiction of the [Disciplinary] Board has been disciplined in another jurisdiction, [Disciplinary]

A True Copy
ATTEST:
_____
Clerk

- 1 -

Counsel shall obtain a certified copy of the disciplinary order and file it with the [C]ourt." On November 26, 2024, Disciplinary Counsel filed a certified copy of the Order with this Court along with her request that we impose reciprocal discipline.

On December 12, 2024, we issued an order to respondent providing him thirty days to assert any claim he may have that the reciprocal discipline should not be imposed. Our order further informed respondent that his failure to show cause why identical discipline should not be imposed would result in the entry of an order of suspension without further notice. The respondent made no submission despite being given the opportunity to do so.

Accordingly, we decide this petition based upon the information submitted by Disciplinary Counsel. After a review of the record, we determine respondent has failed to show cause why identical reciprocal discipline should not be imposed.

The respondent, Christopher L. Malcolm, is hereby suspended from the practice of law in this state until the disciplinary matters pending in the Commonwealth of Massachusetts are resolved and further order of this Court. The respondent shall promptly report to Disciplinary Counsel as to the final resolution of the disciplinary matters pending in Massachusetts and on any further orders from the Board of Bar Overseers and/or the Supreme Judicial Court relating to discipline.

A True Copy
ATTEST:
/s/
Clerk

Entered as an order of this Court this *17th* day of ***February 2025.***

/s/ *Meredith A. Benoit*
Clerk

A True Copy
ATTEST:
/s/
Clerk